UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>JI WANG,<br><br>                Defendant. | Case No. MJ24-169-BAT<br><br>DETENTION ORDER |

Defendant Ji Wang is charged with kidnapping, 18 U.S.C. §§ 1201(a)(1), 2; and collection of extension of credit by extortionate means, 18 U.S.C. §§ 894(a)(1), 894(a)(2), 891, 2. The Court held a detention hearing on June 28, 2024, pursuant to 18 U.S.C. § 3142(f)(1), and based upon the reasons for detention stated in the record and as hereafter set forth below, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. The government is entitled to a detention hearing pursuant to 18 U.S.C. § 3142(f)(1), as Mr. Wang is charged with a crime of violence and an offense with a maximum sentence of life.

2. Mr. Wang stipulated to detention.

3. Upon advice of counsel, Mr. Wang declined to be interviewed by Pretrial

DETENTION ORDER - 1

Services. Therefore, there is limited information available about him.

4. Mr. Wang poses a risk of nonappearance because he was not interviewed so his background and ties to this district are unknown. Mr. Wang poses a risk of danger due to the nature of the instant offense. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Wang's appearance at future court hearings while addressing the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Mr. Wang shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Wang shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Wang is confined shall deliver Mr. Wang to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Wang, to the United States Marshal, and to the United States Pretrial Services Officer.

//

DETENTION ORDER - 2

DATED this 28th day of June, 2024.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3